PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

RECEIVED
FEDERAL PRETRIAL
SVCS-MEMPHIS

JUL 0 8 2005

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | 05-20113-03-B |
| ) | |
| Karim Ramzi ) | Case No. 05-20013-03 -B |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Karim Ramzi, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release conditions as follows:

1) Surrender any passport to the Clerk, U.S. District Court
2) Obtain no passport
3) Defendant shall reside at 3376 E. Winchester Place, Memphis, TN 38116

FILED BY ____ D.C.
05 JUL 14 PM 2:38
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

I consent to this modification of my release conditions and agree to abide by this modification.

_Karim Ramzi_   7-5-05        _Stephanie K Denton_   7/11/05
Signature of Defendant   Date        Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   6-7-05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 07-15-05.

[ ] The above modification of conditions of release is not ordered.

_S/ Thomas Anderson_   07-15-05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05

(59)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:05-CR-20113 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT